UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL            JS6

| Case No. | CV16-2861-TJH(RAOx) | Date | APRIL 27, 2017 |
|---|---|---|---|

| Title | THERESA CHAPPELL v. NATIONAL ARBITRATION FORUM, LLC., |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR.,  UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION

Plaintiff filed a Complaint with the Court on April 26, 2016.   On February 27, 2017, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

Plaintiff was to respond to the Court's Order to Show Cause no later than April 5, 2017.

As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

cc: all parties